# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JEFFREY G. THOMAS,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**LAURIE ZELON, et al.,** )<br>)<br>    **Defendants.** )<br>_____) | **No. CV 16-6544-JAK (AJW)**<br><br>**JUDGMENT** |

It is hereby adjudged that the action is dismissed without prejudice.

Dated: February 9, 2017

_____
John A. Kronstadt
United States District Judge